1 | THOMAS E. MULVIHILL, ESQ. (SBN: 129906)
FARHEENA A. HABIB, ESQ. (SBN: 243405)
2 | BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
3 | 555 12th Street, Suite 1800
P. O. Box 12925
4 | Oakland, CA 94604-2925
Facsimile: (510) 839-1897
5 | Telephone: (510) 834-4350

6 | Attorneys for Defendants
USF INSURANCE COMPANY & SIRIUS
7 | INSURANCE CORPORATION

8 |         UNITED STATES DISTRICT COURT

9 |         EASTERN DISTRICT OF CALIFORNIA

10 | ENRIQUE CASTELLANOS NAVARRO,    )    No. 2:07-CV-01065-MCE-EFB
                                    )
11 |          Plaintiff,            )    STIPULATION AND ORDER FOR
                                    )    DISMISSAL
12 | vs.                            )
                                    )
13 | USF INSURANCE COMPANY & SIRIUS )    Complaint filed: June 6, 2007
INSURANCE CORPORATION, and DOES    )
14 | 1-20 inclusive,                )
                                    )
15 | _____Defendants.____ )

16 |          IT IS HEREBY STIPULATED by and between the parties that this matter is dismissed

17 | with prejudice, each party to bear its own costs.

18 | DATED: January 22, 2008.          LAW OFFICES OF STEVEN J. HASSING

19 |
                                      By: _____/s/_____
20 |                                        STEVEN J. HASSING, ESQ.
                                          Attorneys for Plaintiff
21 |                                       ENRIQUE CASTELLANOS
                                              NAVARRO
22 |
      DATED: January 23, 2008          BOORNAZIAN, JENSEN & GARTHE
23 |

24 |

25 |

26 |

27 |

28 |

-1-
STIPULATION AND ORDER FOR DISMISSAL – Case No. 2:07-CV-01065-MCE-EFB

1

2                                    By: _____/s/_____
                                         FARHEENA A. HABIB, ESQ.
3                                        Attorneys for Defendants
                                     USF INSURANCE COMPANY &
4                                        SIRIUS INSURANCE
                                         CORPORATION
5    IT IS SO ORDERED.

6

7    DATED: January 30, 2008

8

9                                    MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL – Case No.  2:07-CV-01065-MCE-EFB